DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED'09 SEP 02 07:48USDC-ORP

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**Deena Addis**

      **Plaintiff,**

vs.                                              Civil No. 08-cv-00768-BR

**Commissioner of Social Security**

    **Defendant.**                         ORDER GRANTING AWARD
                                                 OF EAJA FEES

    Pursuant to Stipulation, and good cause appearing therefore,

    IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $6.86, costs in the amount of $14.20, and attorney's fees in the amount of $4,743.84, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 1st day of September, 2009.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**